NO. SCWC-11-0000164

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

WILLIE JONES, Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAI'I, Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. CAAP-11-0000164; S.P.P. NO. 09-1-0079; CR. NO. 95-1384)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, and McKenna, JJ.,
Circuit Judge Pollack, in place of Acoba, J., recused,
and Circuit Judge Crandall, assigned by reason of vacancy)

Petitioner/Petitioner-Appellant's application for writ

of certiorari filed on June 25, 2012, is hereby rejected.

DATED: Honolulu, Hawai'i, August 2, 2012.

Emmanuel G. Guerrero for petitioner

Donn Fudo for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Virginia L. Crandall

